IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOVANI JACOBO,<br><br>    Defendant. | 4:16-CR-3118<br><br>ORDER |

IT IS ORDERED:

1. The government shall respond to the defendant's amended motion for compassionate release (filing 54) on or before September 24, 2020.

2. The Office of U.S. Probation and Pretrial Services shall conduct a compassionate release investigation, specifically to evaluate the defendant's proposed release plan.

3. The Clerk of the Court shall provide a copy of this order to Supervising U.S. Probation Officer Aaron Kurtenbach.

Dated this 10th day of September, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge